SINGER SEWING MACHINE CO., APPELLANT, v. NEW JERSEY UNEMPLOYMENT COMPENSATION COMMISSION ET AL., RESPONDENTS.

Argued February 3, 1943—Decided April 29, 1943.

For the appellant, Hood, Lafferty & Emerson.

For the respondents, Clarence F. McGovern.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, THOMPSON, JJ. 10.

*For reversal*—None.